UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESS RICHARD SMITH, <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Respondent. | CASE NO. 2:24-cv-02093-JCC-BAT <br><br> **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application to proceed *in forma pauperis* (IFP). The Court GRANTS Petitioner's IFP application. Dkt.4. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk shall provide a copy of this Order to petitioner.

DATED this 30th day of December, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1