UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESS RICHARD SMITH ,

                Petitioner,

  v.

STATE OF WASHINGTON ,

               Respondent.

CASE NO. 2:24-cv-02093-JCC-BAT

**ORDER GRANTING PETITIONER'S MOTION TO SUBMIT MEMORANDUM IN SUPPORT OF HABEAS PETITION, DKT. 8.**

    The Court GRANTS Petitioner's motion to submit a memorandum of authorities in support of his habeas petition. Dkt. 8.

    DATED this 7th day of January 2025.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge