UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESS RICHARD SMITH,

           Petitioner,

  v.

STATE OF WASHINGTON,

           Respondent.

CASE NO. 2:24-cv-02093-JCC-BAT

**ORDER GRANTING PETITIONER'S MOTION TO SUBSTITUTE JEFFREY PERKINS AS RESPONDENT, DKT. 11.**

Petitioner is detained at the Coyote Ridge Corrections Center and moves to substitute the Respondent. The Court GRANTS Petitioner's motion to substitute, Dkt. 11, and directs the clerk to substitute Jeffrey Perkins for State of Washington as Respondent in this case.

DATED this 3rd day of February 2025.

                                                  BRIAN A. TSUCHIDA
                                                  United States Magistrate Judge