THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESS RICHARD SMITH,

          Petitioner,

v.

JEFFREY PERKINS,

          Respondent.

CASE NO. C24-2093-JCC-BAT

**ORDER OF TRANSFER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and there being no timely objection, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 16).

(2) The habeas petition (Dkt. No. 6) is construed as an application for permission to file a second or successive petition, and this case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3.

(3) Petitioner is advised that this transfer does not itself constitute compliance with § 2244(b)(3) and Ninth Circuit Rule 22-3 and that he must still file a motion for

ORDER
C24-2093-JCC-BAT
PAGE - 1

1     leave to proceed in the Court of Appeals and make the showing required by

2     § 2244(b)(2).

3   (4) The Court DENIES a stay this matter.

4   (5) The Court DENIES issuance of a certificate of appealability.

5   (6) The Clerk is directed to close this case and to transfer all original documents to

6     the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the

7     petition and this Order in the file. The Clerk is also directed to send copies of this

8     Order to the parties.

DATED 30th day of April 2025.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE